## Hendrickson, Appellant, v. Chester City.

*Negligence—Municipalities—Slippery pavement.*

A city is not liable for personal injuries sustained by a fall on a sidewalk, where it appears that the accident was due to the general slippery condition of the street which occurs in all cities in winter time.

Argued Feb. 10, 1908. Appeal, No. 326, Jan. T., 1907, by plaintiff, from judgment of C. P. Delaware Co., Dec. T., 1906, No. 243, on verdict for defendant in case of Samuel H. Hendrickson and Leara Jane Hendrickson, his wife, v. Chester City. Before MITCHELL, C. J., BROWN, MESTREZAT, ELKIN and STEWART, JJ. Affirmed.

Trespass to recover damages for personal injuries caused by a fall on a slippery pavement. Before JOHNSON, P. J.

The opinion of the Supreme Court states the case.

The court gave binding instructions for defendant.

Verdict and judgment for defendant. Plaintiff appealed.

*Error assigned* was in giving binding instructions for defendant.

*A. B. Geary,* for appellants.

*A. A. Cochran,* for appellee.

PER CURIAM, May 4, 1908:

It was not shown that the place of the accident was essentially or continuously dangerous, though it might become so from time to time when the ice melted in the day and froze in

the night. There was no accumulation of ice or snow that remained there all the time. This resulted in a temporary and changeable condition dependent on the variation of the weather and it appeared that on the day preceding the evening of the accident the ice had melted and the street was clear. The learned judge was of opinion that the most that was shown " was a general slippery condition of the street which occurs in all cities in winter time." We have not been convinced that this was an erroneous view.

Judgment affirmed.